IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| SILKROAD TRANZ, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:24-cv-13-REP |
| PAYNE TRUCKING CO., | ) ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii), the Parties hereby stipulate and request that this court dismiss Plaintiff's claims against Defendant Payne Trucking Co. with prejudice, with each party bearing their own costs, expenses, and attorney's fees.

Dated: August 7, 2024

| SILKROAD TRANZ, INC. | PAYNE TRUCKING COMPANY |
|---|---|
| */s/ Jason C. Greaves* | */s/ Kevin T. Streit* |
| Jason C. Greaves, VSB No. 86164 | Kevin T. Streit, VSB No. 45024 |
| Jared J. Roberts, VSB No. 97192 | C. Stephen Setliff, VSB No. 27882 |
| Shawn M. Flynn, *pro hac vice* | |
| BINNALL LAW GROUP, PLLC | SETLIFF LAW, P.C. |
| 717 King Street, Suite 200 | 4940 Dominion Boulevard |
| Alexandria, Virginia 22314 | Glen Allen, Virginia 23060 |
| Phone: (703) 888-1943 | (804) 377-1260 |
| Fax: (703) 888-1930 | (804) 377-1280 (fax) |
| jason@binnall.com | ssetliff@setlifflaw.com |
| jared@binnall.com | kstreit@setlifflaw.com |
| shawn@binnall.com | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

# CERTIFICATE OF SERVICE

I certify that on August 7, 2024, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

*/s/ Jason C. Greaves*
Jason C. Greaves, VSB No. 86164

*Counsel for Plaintiff*
